# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>IK ENTERPRISES LLC,<br><br>Defendant. | Case No: 5:17-cv-03046-NC<br><br>**[PROPOSED] ORDER** |

Upon Stipulation and good cause shown,

IT IS HEREBY ORDERED dismissing the above action with prejudice; each party to bear their own costs, expenses and fees.

DATED this __3__ day of __October_____, 2017.

_____
Judge of the U.S. District Court